No. 85–6481. FRAZIER *v.* BOARD OF TRUSTEES OF NORTHWEST MISSISSIPPI REGIONAL MEDICAL CENTER ET AL. C. A.

5th Cir. Certiorari denied.